FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:    Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.M., a minor, by and through her parents NESHA MORISETTE and JAMES MORISETTE, as next friends of A.M. and NESHA MORISETTE and JAMES MORISETTE, individually,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CIVIL NO. 15-00001DKW-RLP<br><br>ORDER APPROVING MINOR'S SETTLEMENT |

### ORDER APPROVING MINOR'S SETTLEMENT

On this 11th day of February, 2016, the above-referenced matter came on for hearing and approval by the Court as to the reasonableness of a settlement between Defendant United States

of America and Plaintiffs Nesha Morisette and James Morisette, individually and as parents and next friends of Anya Morisette.

The complete and precise terms and conditions of the settlement are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 (hereinafter "Stipulation") attached as Exhibit A. The Court has reviewed the Stipulation and has, if necessary, taken testimony and heard arguments in favor of this settlement. The Court is fully informed of the specifics of the full and final terms and conditions of the settlement as set forth in the attached Stipulation. The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation, are fair, reasonable, and in the best interests the minor Plaintiff.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Settlement as set forth in the Stipulation attached as Exhibit A is hereby approved. It is further Ordered that Nesha Morisette and James Morisette, as parents and next friends of Anya Morisette, a minor, are authorized and required to sign the Stipulation and any other documents that are necessary to consummate this settlement, and to provide any information and documentation necessary to complete the purchase of the annuity contract.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the settlement amount of Thirteen Million ($13,000,000.00)

(hereinafter "Settlement Amount") shall be distributed according to the terms and conditions of the Stipulation. With respect to the upfront cash check that will be made payable to the named Plaintiffs pursuant to the Stipulation, the Court hereby Orders the Plaintiffs to endorse that check over to their attorneys to be deposited into the attorneys' client trust account to be used to pay fees, costs, and expenses herein approved and to pay any lien or claim for reimbursement.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that attorney's fees in this action shall not exceed twenty-five percent (25%) of the Settlement Amount and shall be paid as provided in the Stipulation. The Court finds that the costs and expenses associated with the litigation are $67,578.82 and that such costs and expenses are fair, reasonable, and necessary. It is hereby Ordered that such costs and expenses are approved and are to be paid as provided in the Stipulation. The Court finds that Plaintiffs are legally responsible for any and all past, present, and future liens or claims for payment or reimbursement, including any liens or claims for payment or reimbursement by Medicaid, Medicare, or healthcare providers. The Court hereby Orders Plaintiffs, by and through their attorney, to satisfy or resolve any and all such past, present, and future liens or claims for payment or reimbursement asserted by any individual or entity, including Medicaid and Medicare. The Court further Orders that Plaintiffs and their attorney shall provide to the United States the information

required by the Stipulation regarding the satisfaction or resolution of such liens or claims for payment or reimbursement within the time specified in said Stipulation.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs, upon final execution of the Stipulation and upon receiving notice from the United States Attorney's Office for the District of Hawaii that it has received the upfront cash check, pursuant to the Stipulation, shall cause their attorneys to file with the United States District Court for the District of Hawaii a dismissal of this action in its entirety with prejudice, with each party bearing its own costs, expenses, and fees, and the Court not retaining jurisdiction over the action against the United States or the settlement. Upon entry of such Order of dismissal, the United States Attorney for the District of Hawaii shall transmit to Plaintiffs' attorney said upfront cash check. Subject to the terms and conditions set forth in the Stipulation, Plaintiffs' attorneys shall distribute the settlement proceeds after paying or resolving any lien or claim for reimbursement or payment for which Plaintiffs are legally responsible under the terms of the Stipulation.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court shall not retain jurisdiction over the action against the United States or the settlement.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, APRIL 6, 2016.



_____

Richard L. Puglisi
United States Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

/s/ Harry Yee
_____
HARRY YEE
Assistant U.S. Attorney for Defendant
United States of America

/s/ Sharon R. Morgan
_____
DOV APFEL
SHARON R. MORGAN
JANET, JENNER & SUGGS LLC
Attorneys for Plaintiffs