FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:     Harry.Yee@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.M., a minor, by and through her parents NESHA MORISETTE and JAMES MORISETTE, as next friends of A.M. and NESHA MORISETTE and JAMES MORISETTE, individually,<br><br>      Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CIVIL NO. 15-00001 DKW-RLP<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE; ORDER |

<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.  There are no

remaining claims or parties.  This stipulation may be signed in counterparts.

    DATED: August 4, 2016, at Honolulu, Hawaii.

                      FLORENCE T. NAKAKUNI
                      United States Attorney
                      District of Hawaii

                      /s/ Harry Yee
                      By_____
                        HARRY YEE
                        Assistant U.S. Attorney

                      Attorneys for Defendant
                      UNITED STATES OF AMERICA

    DATED:  August 4, 2016, at Honolulu, Hawaii.

                      /s/ Judith Pavey
                      _____
                      SHARON R. MORGAN ESQ.
                      JUDITH PAVEY, ESQ.
                      Attorneys for Plaintiffs
                      A.M., a minor, by and through her
                      parents NESHA MORISETTE and JAMES
                      MORISETTE, as next friends of A.M.
                      and NESHA MORISETTE and JAMES MORISETTE

APPROVED AS TO FORM:



Derrick K. Watson
United States District Judge

A.M., a minor, by and through her
Parents NESHA MORISETTE AND JAMES MORISETTE, Et al. v. USA
Civil 15-00001 RLP
"Stipulation and Order for Dismissal With Prejudice"